Damian P. Richard, Esq. (#028477)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
drichard@sesssons.legal

Attorneys for Navient Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES VALLETTA,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>NAVIENT CORPORATION aka NAVIENT CORP., a Delaware corporation; and DOES 1-X, as individuals or entities,<br><br>　　　　　Defendants. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) – FEDERAL QUESTION |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant Navient Corporation hereby removes to this Court the state court action described below.

1.　This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et al*. This Court also has supplemental jurisdiction over Plaintiff's claims arising under state law. *See* 28 U.S.C. § 1367(a).

2. On or about May 12, 2016 the action was commenced in the Superior Court of the State of Arizona, County of Maricopa, entitled *James Valletta v. Navient Corporation aka Navient Corp., a Delaware corporation, and DOES 1-x, as individuals or entities,* Case No. CV2016-003173.  A copy of the Complaint and process and orders is attached hereto as Exhibit A.

3. The date upon which Navient Corporation first received a copy of the Complaint was May 16, 2016, when Navient Corporation's agent for service of process was served with a copy of the Complaint.  Removal is therefore timely pursuant to 28 U.S.C. § 1446(b)(1).

4. A copy of this Notice of Removal is being served upon Plaintiff and concurrently filed in the State Court Action.

5. The State Court Action is located within the District of Arizona. Therefore, venue for purposes of removal is proper because the United States District Court for the District of Arizon embraces the place in which the removed action was pending.  28 U.S.C. § 1441(a).

6. Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 6/15/16         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
                       */s/Damian P. Richard*
                       Damian P. Richard, Esq.
                       Attorney for Defendant
                       Navient Corporation