James Valletta, State Bar No. 017072
WARNER ANGLE HALLAM
  JACKSON & FORMANEK PLC
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
E-mail:  jvalletta@warnerangle.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Valletta,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Navient Corporation, a Delaware corporation, also known as Navient Corp.,<br><br>　　　　　　　Defendant. | **Case No. CV-16-1934-PHX-DGC**<br><br>**DECLARATION OF JAMES VALLETTA IN SUPPORT OF PLAINTIFF JAMES VALLETTA'S RESPONSE TO NAVIENT'S PARTIAL MOTION FOR SUMMARY JUDGMENT** |

## **DECLARATION OF JAMES VALLETTA**

1. Pursuant to 28 USC § 1746, I James Valletta make this declaration in support of the response to Motion for Summary Judgment filed by Plaintiff James Valletta ("Valletta").

2. I am over the age of 18, competent to testify and the information provided in this declaration is based upon my personal knowledge as stated herein. .

3. I paid my student loan in full with two lump sum payments of $4,775.45 and $50,000.00 on or about November, 2007 and March, 2008, respectively, following numerous discussions with representatives from the lender at the time, Sallie Mae.

4. I received verbal and written communication from representatives of Sallie Mae confirming the payment in full and satisfaction of the student loan.

370138

5. From on or about May, 1997 until on or about March 2008, I made payments to Sallie Mae or Navient on a monthly basis. Navient or such prior owner who may have owned or been servicing the loan consistently did not apply funds when received or claimed to have not received funds and charged me unauthorized and improper late payments claiming monthly payments were past due.

6. I would call to attempt to discuss these matters with representatives of Navient or such prior owner and could never get a complete or straight answer regarding the charges, payments, late fees and other matters related to the loan.

7. After numerous attempts to straighten out such billing and charge discrepancies, I decided I needed to find a way to pay off these loans and made numerous calls to and received numerous calls from Navient and/or the prior owner of the loan to make arrangements to pay off the loan. At some point on or about November 2007, I finally spoke with a representative of Navient or a prior owner of the loan who understood that I was attempting to pay the loan off.

8. I explained that I was borrowing funds from my retirement account in the amount of $50,000 at the beginning of 2008 and that I needed to know what I needed to pay to make sure the balance was equal to $50,000 so that the funds borrowed would pay the loan in full.

9. On or about November, 2007, representatives of Navient or the prior owner of the loan informed me that I would have to make a payment in the amount of $4,775.45 to bring the balance to $50,000 so that his payment in that amount in early 2008 would pay the loan in full.

10. Following payment in full of the loan in March, 2008, I received some statements incorrectly stating that there was still a balance remaining on the loan. Following receipt of these statements, I made some calls to attempt to rectify the incorrect statements and was told by Navient representatives that his loan was paid off and was transferred on numerous occasions to different departments within the company none of whom had any idea what other departments were taking about or what was told to me.

Following those numerous calls and communications, I stopped receiving statements from Navient or phone calls until on or about November, 2015 when Navient commenced sending statements claiming the loan was not paid in full and that payments were due.

11. I initially ignored this communication thinking it must be a mistake

12. Defendants continued to call, write and otherwise harass me for the payment of a student loan which was paid in full on or about March 2008 calling me on a daily basis at home, at work and on his mobile phone.

13. Despite my repeated requests both verbally and in writing, Defendants have failed and refused to provide any documents requested by my indicating that Defendants are owed any funds from me.

14. Valletta paid his student loan in full with two lump sum payments of approximately $4,775.00 and $50,000.00 on or about November, 2007 and March, 2008, respectively, following numerous discussions with representatives from his lender at the time, Sallie Mae.

15. From on or about April, 2008 until approximately November, 2015, I received no communication, either verbal or written from Sallie Mae or Defendant with respect to any purported debt owed to Defendants.

16. I explained on numerous occasions that I had paid this loan in full in 2008 and requested various times for any written documentation of the debt.

17. Defendants only produced a letter stating the amounts owed and nothing signed by me creating any such debt owed to Defendants.

18. I continued to request verbally, and in writing, signed documents evidencing the purported debt and Defendants have failed and refused to provide such documents.

19. Navient or its related companies have instead provided in the last two months, two (2) additional demand letters to me demanding payment of the disputed loan and indicating that additional interest is being charged.

20. I responded to those demand letters and requested that they cease and that they provide information related to the appropriate party to be served to add such parties as parties to this lawsuit.

21. I received no response to these letters but continue to receive calls at my home and on my mobile phone numerous times each day from these parties.

22. As a result of the continued harassment and improper reporting of this purported debt to various credit bureaus by Defendants, my credit report has suffered and he has paid higher interest rates on loans and been refused credit.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 22nd day of February, 2017.

WARNER ANGLE HALLAM JACKSON
& FORMANEK PLC

By: /s/ James Valletta
James Valletta
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
*Attorneys for Plaintiff*