**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Valletta,<br><br>    Plaintiff,<br><br>v.<br><br>Navient Corporation,<br><br>    Defendant. | No. CV 16-1934-PHX-DGC<br><br>**ORDER** |

Pursuant to the parties' stipulation of dismissal. Doc. 45.

**IT IS ORDERED** that the parties' stipulation of dismissal (Doc. 45) is **granted.** This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 24th day of October, 2017.

_____
David G. Campbell
United States District Judge